LEWIS PHON, ESQ. Bar Number 74907
Law Offices of Lewis Phon
4040 Heaton Court
Antioch, California  94509
(415) 574-5029 Tel
(925) 706-7600 fax

ATTORNEY FOR DEBTORS
KEITH BRITTO AND YVONNE BRITTO

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Chapter 11

Keith Britto and Yvonne
Britto,                                   CASE NO. 17-42304

         DEBTORS,                         **DECLARATION OF KEITH BRITTO IN SUPPORT OF MOTION TO SET VALUE OF REAL PROPERTY AT 2699 ST. HELENA COURT, LIVERMORE, CA**

_____/                  **NO HEARING SET**

I, Keith Britto, hereby declare that:

I am one of the aforementioned debtors.  I caused to be filed our Chapter 11 petition on or about September 13, 2017.  As of the petition date, we owned real property commonly known as 2699 St. Helena Court, Livermore, California 94550 (hereinafter referred to as the "St. Helena Court property").  The property is a single family dwelling.  There is a loan secured by a first deed of trust

against said property by Bank of New York Mellon/Shellpoint Mortgage Servicing (formerly, the Bank of America) for the approximate sum of $1,657,547.58.

For purposes of obtaining a valuation of the property to be incorporated into a Chapter 11 plan, I request that the court determine its current market value.

I have looked into the values of comparable properties in the immediate area as the St. Helena Court property. I have also inquired of my real estate broker as to its value.

Based upon my inquiry, it is my opinion that the property is currently worth $1,050,000.

The foregoing facts are true of my own personal knowledge and, if sworn as a witness, I can competently testify thereto. I declare under penalty of perjury that the foregoing is true and correct. Executed at Livermore, California and pursuant to the laws of the state of California.

Dated: 1/23/18  /s/ Keith Britto
_____
Keith Britto