Lewis Phon, Bar Number 74907
Law Offices of Lewis Phon
4040 Heaton Court
Antioch, CA 94509

(415) 574-5029 tel
(925) 706-7600 fax

Attorney for the Debtors
Keith Britto and Yvonne Britto

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

KEITH BRITTO AND YVONNE BRITTO,

DEBTORS,

_____________________________/

CASE NO: 17-42304

CHAPTER 11

**POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF OPPORTUNITY TO OBJECT TO MOTION TO VALUE LIEN AND COLLATERAL OF BANK OF NEW YORK MELLON/SHELLPOINT MORTGAGE SERVICING**

**NO HEARING SET**

**Statement of Facts**

The debtors own real property at 2699 St. Helena Court, Livermore, California 94550. The property secures the first loan of Bank of New York Mellon/Shellpoint Mortgage Servicing in the approximate amount of $1,657,547.58. However, the value of the property is only $1,050,000 which is not sufficient to secure the loan of Bank of New York Mellon.

Therefore, the debtors have filed this motion to reduce the value of Bank of New York Mellon's lien and collateral to $1,050,000 and to incorporate this value into their Chapter 11 plan in order to treat Bank of New York Mellon's loan.

**THE COURT MAY DETERMINE THE VALUE OF COLLATERAL OF A SECURED CREDITOR AND, THEREFORE, THE VALUE OF THE SECURED LIENS AGAINST THE PROPERTY PURSUANT TO 11 U.S.C. §506A.**

11 U. S. C. §506a allows the court to reduce the claim of a secured creditor on its collateral to the value of the collateral. See Re Hoagland, 886 F.2d 1182 (9th Cir. Or.1989).

Because the market value of the collateral is no more than $1,050,000, the secured lien of Bank of New York Mellon is valued at $1,050,000 and the balance is deemed unsecured.

**AN OWNER OF PROPERTY MAY PROVIDE AN OPINION OF ITS VALUE**

The debtor herein may provide an opinion of value of the collateral of the lien holder since she owns the property. See So. Central Livestock Dealers, Inc., v. Security State Bank 614 F.2d 1056 (5th Cir. 1980). Fed.R.Evid. §701. Such an opinion is admissible as evidence of value and may be provided in a declaration. The debtors herein have provided such an opinion in the attached declaration of Keith Britto.

Dated: 1/23/18

/S/ Lewis Phon

Lewis Phon, Attorney for Debtors Keith Britto and Yvonne Britto