LEWIS PHON, BAR NO. 74907
LAW OFFICES OF LEWIS PHON
4040 Heaton Court
Antioch, CA 94509

(415) 574-5029 TEL
(925) 706-7600 FAX

ATTORNEY FOR DEBTORS
Keith Britto and Yvonne Britto

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                CHAPTER 11

Keith Britto and Yvonne
Britto,                               CASE NO. 17-42304

**Proof of Service of Notice of Opportunity for Hearing, Motion to Value Lien and Collateral of Bank of New York Mellon/ Shellpoint Mortgage Servicing, Declaration of Keith Britto and Points and Authorities**

DEBTOR.

_____/

1-23-18                    /s/ Lewis Phon
                           _____
                           Lewis Phon

# PROOF OF SERVICE

I am employed in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action. My business address is 4040 Heaton Court, Antioch, California.

On January 23, 2018, I caused to be served the foregoing document(s) described as **Notice of Opportunity for Hearing, Motion to Value Lien and Collateral of Bank of New York Mellon/Shellpoint Mortgage Servicing, Points and Authorities, Declaration of Keih Britto** in said action by placing a true copy thereof enclosed in a sealed envelope addressed to the attorney (s) of record whose name(s) and address(es) appear below or by causing a email transmission to the party's email address:

See Attached Creditors' List

__ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the address(s).

_X_ (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Antioch, California.

___ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare under penalty of perjury under the laws of the State of California and of the United States that the above is true and correct. Executed on January 23, 2018 at Antioch, California.

                                                  /s/ Lewis Phon
_____Lewis Phon_____       _____
Print or Type Name                             Signature

1

2
                        Creditors' List

3

4                       Office of the U.S. Trustee
                        450 Golden Gate Avenue
                        San Francisco, CA 94102
5                       by email to email address:
                        USTPRegion17.OA.ECF@usdoj.gov
6
                        Bank of New York Mellon/
7                       Shellpoint Mortgage Servicing
                        Attn: General Manager or
8                       Corporate officer
                        30 Corporate Park, Suite 450
9                       Irvine, CA 92606
                         (service by certified and first class mail)
10

11                      Shellpoint Mortgage Servicing
                        for Bank of New York Mellon
                        Attn: General Manager or
12                      Corporate officer
                        P. O. Box 10826
13                      Greenville, SC 29603
                        (address from proof of claim)
14                      (service by certified and first class mail)

15                      C T CORPORATION SYSTEM
                        Agent for Service of Process
16                      for Bank of New York Mellon
                        Attn: VIVIAN IMPERIAL
17                      818 W Seventh St Ste 930
                        Los Angeles ca 90017
18                      (service by certified and first class mail)

19                      Bank of New York Mellon
                        Attn: Gerald L. Hassell
                        Chief Executive Officer
20                      225 Liberty Street
                        New York, New York 10286
21                      (service by certified and first class mail)

22                      C T CORPORATION SYSTEM
                        Agent for Service of Process
23                      for Bank of America, N.A.
                        Attn: Corporate Officer or Managing Agent
24                      818 West Seventh Street
                        Los Angeles Ca 90017
25                      (service by certified and first class mail)

26

| | |
|---|---|
| 1 | |
| 2 | Bank of America, N.A. or B.A.C. |
| | Attn: Liam E. McGee, Executive |
| 3 | Corporate Officer or Agent |
| | for Service of Process |
| 4 | 101 S. Tyron Street |
| | Charlotte, NC 28255 |
| 5 | (by certified and  first class mail) |
| 6 | Bank of America N.A. or B.A.C. |
| | Attn: Corporate Officer |
| 7 | Brian T. Moynihan, Executive |
| | or Agent for Service of Process |
| 8 | 101 S. Tyron Street |
| | Charlotte, NC 28255 |
| | (by certified and first class mail) |