```
Lewis Phon, Bar Number 74907
Law Offices of Lewis Phon
4040 Heaton Court
Antioch, CA 94509

(415) 574-5029 tel
(925) 706-7600 fax

Attorney for the Debtors
Keith Britto and Yvonne Britto
```

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | CASE NO: 17-42304 |
| Keith and Yvonne Britto, | CHAPTER 11 |
| DEBTOR, | **NOTICE OF OPPORTUNITY FOR HEARING AND TO OBJECT TO MOTION TO VALUE LIEN AND COLLATERAL OF BANK OF NEW YORK MELLON/ SHELLPOINT MORTGAGE SERVICING** |
| _____/ | **NO HEARING SET** |

**To:** Bank of New York Mellon, Shellpoint Mortgage Servicing, the U. S. Trustee and all parties of interest:

PLEASE TAKE NOTICE that the Debtors, Keith Britto and Yvonne Britto, hereby move the above entitled court located at 1300 Clay Street, Courtroom 201, Oakland, California 94612 before the Honorable Roger L. Efremsky for an order valuing the lien and collateral of Bank of New York Mellon/Shellpoint Mortgage Servicing, (hereinafter referred to as "Shellpoint") against the property

commonly known as 2699 St. Helena Court, Livermore, California 94550.

Debtors also request that the amount of Shellpoint's secured claim not exceed the value of the collateral, less the claims of creditors holding senior liens or security interests. This determination shall supersede any greater claim demanded in a proof of claim. Any objections to the Creditor's claim are reserved.

Debtors hereby move to value the collateral at $1,050,000, limit Shellpoint's secured claim to $1,050,000, and that any amount in excess be treated as a general unsecured claim, pursuant to 11 U.S.C. §§ 506 and 1322 (b)(2), FRBP 3012 and 9014, and B.L.R. 9014-1, which determination shall become part of Debtors' confirmed Chapter 11 Plan.

This motion is also made pursuant to 28 U.S.C. §1334 (a), (b) and (e), 28 U.S.C. § 157 (a) and (b) and 28 U.S.C. §151. This is a core proceeding pursuant to 28 U.S.C. § 157. The debtors request that the court take judicial notice of all prior documents and exhibits filed in this case.

This motion will also be based on the Declaration of Keith Britto, the accompanying points and authorities and on such oral or documentary evidence that may be presented at a hearing.

**NOTICE TO ALL PARTIES IN INTEREST**

NOTICE IS HEREBY GIVEN that B.L.R. 9014-1 of the United States Bankruptcy Court for the Northern District of California, prescribes the procedures to be followed and that any objection to the requested relief, or a request for a hearing on the matter, in either case, grounded only on any material inaccuracy in the above certification, must be filed and served upon the initiating party within 21 days of mailing of the notice. A request for a hearing must be accompanied by any declarations or memorandum of law the requesting party wishes to present in support of its position. If there is no timely objection to the requested relief or a request

for a hearing, the Court may enter an order granting the relief by default; and the initiating party will give at least 10 days written notice of the hearing to the objecting or requesting party, and to any trustee, in the event an objection or request for hearing is timely made.

Dated:   1/23/18            /S/ Lewis Phon
_____
Lewis Phon, Attorney for Debtors
Keith Britto and Yvonne Britto