```
1  LEWIS PHON, ESQ. Bar Number 74907
   Law Offices of Lewis Phon
2  4040 Heaton Court
   Antioch, California  94509
3  (415) 574-5029 Tel
   (925) 706-7600 fax
4
   ATTORNEY FOR DEBTORS
5  KEITH BRITTO AND YVONNE BRITTO
```

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                              Chapter 11

Keith Britto and Yvonne
Britto,                             CASE NO. 17-42304

         DEBTORS,                   **DECLARATION OF KEITH BRITTO AND YVONNE BRITTO RE WHETHER FEES WERE PAID FOR LOAN MODIFICATION SERVICES**

_____/

We, Yvonne Britto and Keith Britto, hereby declare:

In response to the court's inquiry as to whether we had paid fees for a loan modification application prior to the time we had filed for Chapter 11, we declare as follows:

1. We had paid attorney Michael Yesk the sum of $13,650 in 2016 for filing suit against the Bank of America and another $8,000 in 2017 for attorney fees in continuing the lawsuit we had against the Bank of America.    Therefore, no fees were paid for a loan modification application.

2. As to fees paid to attorney Michael Luu, we had first engaged Mr. Luu to determine whether we should file for bankruptcy in 2015. Mr. Luu had reviewed and analyzed our financial situation, discussed options as to how we could deal with our debts and advised us as to whether Chapter 13 or 11 was appropriate for us. Mr. Luu provided counsel to us for over a year. Mr. Luu did apply for a loan modification on our behalf as it was his belief that a loan modification application could help us obtain a repayment plan while we were considering pursuing a lawsuit against the bank. We did, initially, believe that Mr. Luu may have charged us for the loan modification application. However, upon further research, we have determined that Mr. Luu had charged us time for his consultation and other services but not for the loan modification application itself.

We declare under penalty of perjury that the foregoing is true and correct. Executed at Livermore, California on January 20, 2018.

Date: January 20, 2018

/s/ Keith Britto
_____
Keith Britto

Date: January 20, 2018

/s/ Yvonne Britto
_____
Yvonne Britto